# Exhibit 2

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | xiax_7747 | Exh. 2 - part 1.pdf | 3 |

DEF NO.: 1, STORENAME: xiax_7747
STOREURL: ebay.com/usr/xiax_7747

| 4,437,372 | RAPTOR |



DEF NO.: 1, STORENAME: xiax_7747
STOREURL: ebay.com/usr/xiax_7747



DEF NO.: 1, STORENAME: xiax_7747
STOREURL: ebay.com/usr/xiax_7747

